Thomas J. Cunningham (SBN 263729)
LOCKE LORD LLP
300 South Grand Ave, Suite 2600
Los Angeles, CA 90071
Telephone: 213-485-1500
Fax: 213-485-1200
tcunningham@lockelord.com

Regina J. McClendon (SBN 184669)
Lindsey E. Kress (SBN 278213)
LOCKE LORD LLP
44 Montgomery Street, Suite 4100
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816
rmcclendon@lockelord.com
lkress@lockelord.com

Attorneys for Defendant
Ocwen Loan Servicing, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Del Erdman, | CASE NO.:5:15-cv-02478-VAP(KKx) |
| Plaintiff, | Hon. Virginia A. Phillips |
| vs. | [~~PROPOSED~~] **ORDER GRANTING STIPULATED PROTECTIVE ORDER** |
| Ocwen Loan Servicing, LLC | |
| Defendant. | |

Good cause appearing, the stipulated protective order, Dkt. 62, of plaintiff Del Erdman ("Erdman" or "Plaintiff") and Ocwen Loan Servicing, LLC ("Ocwen" or "Defendant") is hereby granted.

IT IS SO ORDERED

Dated: March 1, 2017

_____
Hon. Kenly Kiya Kato
UNITED STATES MAGISTRATE JUDGE